IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 30

| | |
|---|---|
| RICHARD JOSEPH SNEDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion for Leave to File a Supplemental Brief [# 17]. Plaintiff asks for leave because a recent Fourth Circuit decision clarifies arguments and issues raised. Plaintiff asks the Court to allow him thirty (30) days to file his supplemental brief.

After reviewing the motion, the Court finds good cause to grant Plaintiff leave to file a supplemental brief. The Court, however, believes that Plaintiff should only require fifteen (15) days to file his supplemental brief.

Therefore, the Court **GRANTS** the motion [# 17]. Plaintiff shall have until **December 22, 2017**, to file his supplemental brief of no more than five (5) pages. Due to federal holidays, Defendant shall have until **January 12, 2018**, to file a brief in response.

Signed: December 7, 2017

Dennis L. Howell
United States Magistrate Judge